Original Court Copy -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CV  06  2094**

TYRONE HOUSTON, a/k/a
TYRONE BLACK,



                                        Plaintiff,

        -against-

NEW YORK CITY POLICE DISTRICT#33, Individually,
and as Police Command for the City of New York;
THE CITY OF NEW YORK, Individually, and as a
Municipal Agency for New York State; M. TOUSS=
AINT,Sheild#30127, Individually, and as Police
Officer for the City of New York; OFFICER JOHN
DOE(M. Toussaint's partner for 1/27/06) Indiv-
idually, and as Police Officer for the City of
New York; SERGEANT JOHN DOE, Tax#903476, Indiv-
idually, and as Police Sergeant for the City of
New York; SERGEANT JOHN DOE(M. Toussaint's Sgt.
for 1/27/06), Individually, and as Police Sgt.
for the City of New York; SERGEANT JOHN DOE(the
BKLYN Central Booking Sgt. for 1/28/06),Indivi-
dually, and as Police Sgt. for the City of New
New York; RAYMOND KELLY, Individually, and as
Commissioner of NYC Police Dept. for the City
of New York; CHIEF JOHN DOE, Individually, and
as Chief of NYC Police Dept. for the City of
New York;

                                        Defendants.

JURY TRIAL DEMANDED

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 USC§1983

DEARIE, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★  MAR 1 3 2006  ★

BROOKLYN OFFICE

RECEIVED

MAR 1 3 2006

PRO SE OFFICE

## PRELIMINARY STATEMENT

1. This action is brought pursuant to 42 USC§1983 and 1985, to address

the False Arrest, Malicious Prosecution, the Fabricated False Charges filed

against me, and the Cruel and Inhumane treatment inflicted upon me during

the central booking process.

## JURISDICTION AND VENUE

1. The United States District Court for the Eastern District of New York

has jurisdiction over these claims, under 28 U.S.C.§1443(1) and (2). Venue is

appropriate pursuant to 28 USC 1391(b) and (4).

## PLAINTIFF

1. Plaintiff is a born Citizen of the United States, and was employed,

as a building Superintendent for a Management Company with a "rent-free

two bedroom apartment and income of $693.92 before taxes, before the defendants

1.

illegal misconduct mentioned and exhibited below.

<u>DEFENDANTS</u>

1. Defendant NYC Police District#33, is a Municipal Body of the City of New York, located at the Eastern Parkway train station on the A train line.

2. The City of New York, is a Municipal Agency, operating under the laws of the State of New York and the United States.

3. Defendant M. Toussaint, Sheid#30127, Tax#933422, is employed by the City of New York, as a Police Officer, working out of Police District#33 train station.

4. Defendant John Doe(M. Toussaint's partner of 1/27/06), is employed by the City of New York, as a Police Officer, working out of Police District#33 train station.

5. Defendant Sgt. John Doe, Tax#903476, is employed by the City of New York, as a Police Sergeant, working out of Police District#33 train station.

6. Defendant Sgt. John Doe(M. Toussaint's Sgt. for 1/27/06), is employed by the City of New York, as a Police Sergeant, working out of Police District#33 train station.

7. Defendant Sgt. John Doe(BKLYN Central Booking Sgt. for 1/28/06), is employed by the City of New York, as a Police Sergeant, working under the Brooklyn Criminal Court Building.

8. Defendant Raymond Kelly, is employed by the City of New York, as Commissioner of NYC Police Department, working out of "One Police Plaza."

9. Defendant Chief John Doe(Chief of NYC Police Department), is employed by the City of New York, as Chief of Police Department, working

2.

out of "One Police Plaza."

## STATEMENT OF CLAIMS

1. On 1/27/06, at 7:00 P.M., defendants M. Toussaint and John Doe(his partner for 1/27/06), illegally arrested plaintiff without probable cause, falsely claiming that I fits the description of a male Black, 25-30 years of age, 5'6 tall, 150lbs, no facial hair or head hair, who is wanted in connection with numerous subway robberies in this flushing Ave. train station and other places.

2. At approx. 7:35 P.M., defendants M. Toussaint and Sgt. John Doe(M.-Toussaint's Sgt. for 1/27/06) took three photos of me and began to call the victims and Police District#30(plaintiff sued this Police District#30 in 1993-Houston v. NYC Transit Authority, et al.#93-CV-1291(Settled 1/4/00)).

3. At approx. 8:05 P.M., the defendants Police Officials and Police District#33, begin to conduct line-ups, abence my retain lawyer and the District Attorney's Assistant.

4. At approx. 10:10 P.M., the 15 alleged victims from Police District#33 and Police District#30 cleared this plaintiff, as not the robber, because I'm 41 years of age, 6 feet tall, 225lbs, facial hair and bald headed.

5. At approx. 10:30 P.M., defendants Sgt. John Doe(M. Toussaint's Sgt. for 1/27/06) came to plaintiff cell and stated:"I notice you are on parole for armed robbery and have a few robberies on your record. Police District#30 said you like to file lawsuits against Police. Tell me about people who committ crimes and I'll let you go." Plaintiff told defendants that He will see them in Federal Court.

6. At approx. 10:40 P.M., defendant Sgt. John Doe(M. Toussaiant's Sgt. for 1/27/06) told defendant M. Toussaint to lie and fabricate false(P.L.#265.-02(1)) charges against me, in retaliation for sueing Police District#30, and

3.

for not being identified in their 15 illegal line-ups, in violation of his Federal and State Constitutional Rights. See Exhibit-A(a copy of the falsified 1/27/06, property clerk's invoice, showing known false P.L.§265.02(1) forwarded to the District Attorney's Office).

7. On 1/28/06, at approx. 2:30 A.M., defendants M. Toussaint and Sgt. John Doe(M. Toussaint's Sgt. for 1/27/06) dropped me off at Central Booking and told, Sgt. John Doe(central booking Sgt. for 1/28/06) to punish me, in retalition for suing Police District#30, in violation of my Federal and State Rights.

8. From 2:50 A.M. of 1/28/06 till 12:30 A.M. of 1/30/06, defendants made sure plaintiff received no medical treatment, no shower, no hot food, or sleep from time of arrest, which clearly violated my 8th and 14th Amendment Rights.

9. On 1/29/06, at approx. 10:40 A.M., plaintiff was finally seen by a Legal Aid Lawyer, who informed him that the Police had no Probable Cause to arrest him, and the D.A. will investigate the witnesses claims of the Police planting evidence on You.

10. At approx. at approx. 11:10 A.M., plaintiff appeared before a AP-1 Judge, who "ordered an investigation into plaintiff contentions" but reduced the Class D Felony to Class A misdemeanor, plus time served, which plaintiff decline due to his innocence and parole status and was given a 2/2/06 court date, in Ap-3.

11. On 2/2/06, plaintiff appeared before Her Honorable Judge Serita, in Ap-3, who under the District Attorney's request and defense counsel consent, dismissed the defendants charges and sealed the record. See Exhibit-B(a copy of criminal court document, clearing me of all defendants lies and false charges).

12. Defendants Raymond Kelly, Chief John Doe and City of New York, has allowed the defendant̶s̶ ̶&̶%̶$̶#̶#̶ OFFICERS to lie and fabricate false charges -

4.

and arrests against me by failure adequately to train, supervise, control and discipline the defendant Officers. This failure has given the defendants "license to deliberately manufacture false arrests and charges" against me without fear of any "disciplinary actions" from defendants Kelly, Chief John Doe and City of New York.

13. Defendants Kelly, Chief John Doe and City of New York is liable to plaintiff because their continuous failure to adequately train, supervise, control and discipline the defendant Officers <u>not</u> to arrest plaintiff without Probable Cause or conspire maliciously to prosecute him on false weapon charges is a long established Constitutional Rights. <u>See Exhibits-A and-B</u>(attached hereto complaint).

14. Defendants M. Toussaint, John Doe(M. Toussaint's partner of 1/27/06) and Police District#33 had a sworn duty to protect me, once the 15 robbery victims cleared me, but stood by, and let defendants John Doe(M. Toussaint's Sgt. for 1/27/06) and Sgt. John Doe, Tax#903476 Order me arrested on known false P.L.§265.02(1) charges and sent it to the District Attorney's Office, knowing there was <u>no</u> Probable Cause, in violation of my Constitutional Rights.

DAMAGES

1. Plaintiff was home on Parole, since 2/19/04 without any problems and was employed by a "Management Company with a rent-free apartment and $693.92 income before taxes. These defendants illegal actions has damaged me, to where, my Soul Mate, family and friends, except my elderly Mother and oldest Brother, refuse to write or talk to me, despite the State Court disposition showing my innocence. This Police Contact has costed me, a One year parole violation. <u>See Exhibit-C</u>(a copy of 2/17/06 parole violation disposition).

5.

## RELIEF REQUESTED

1. Plaintiff ask this Court to hold defendants liable under the Civil Rights Act of 1964 and the Federal Constitution for violating my Rights to be free from false arrest, malicious prosecution, fabricated false charges and retailiatory motives for filing lawsuit against Police. Plaintiff wants One Million Dollars($1,000,000) from each named defendants, except defendants Kelly, Chief John Doe and City of New York, who I seeks Five Million Dollars($5,000,000) from in their individual capacity for destroying my life and/or allowing the destruction of my life.

Signed this _1st_ day of ___March___ ,2006

_Tyrone Houston_
(Signature of Plaintiff)
TYRone Houston #93A5112
Plaintiff / Pro Se - State ready
NYSID# 4779407Z

I declare under the penalty of perjury that the foregoing is true and correct. Executed on: _March 1st, 2006_
_Bronx, New York_

6.

Exhibit A



# PROPERTY CLERK'S INVOICE
PD-521-141 (Rev. 5/01)-Print

*Check only one of the below categories.*

**N025639**

☐ ARREST EVIDENCE   ☐ DECEDENT'S PROPERTY   ☐ FOUND PROPERTY

☐ INVESTIGATORY   ☐ PEDDLER PROPERTY   ☒ OTHER SAFEKEEPING

**DATE PREPARED:** 1-27   **YR** 06   **PCT.** TKTF

| Arresting/Assigned Officer | | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|---|
| TOUSSAINT   M | | PO | 30127 | 933422 | TKTF |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| HOUSTON | TYRONE | 41 | 333 PROSPECT PL. BKLYN NY | 1 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 1-27-06 | K066076462 | 265-2(1) | X | ☐ | ☐ | ☐ | 00664 |

| Finder of Property | A/O | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|---|
| | | 1 police plaza ny ny | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION *(For Property Clerk's Use Only)* | AND DATE |
|---|---|---|---|---|---|
| 01 | 01 | BLACK BINDER W/PAPERS | | | |
| 02 | 01 | NOKIA CELLPHONE | | | |
| 03 | 01 | CELLPHONE BATTERY | | | |
| 04 | 01 | CAR ALARM | | | |
| 05 | 24 | KEYS ON RING | | | |

XX XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

THE ABOVE IS A COMPLETE LIST OF ITEMS BEING VOUCHERED

**TOTAL**

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued  ☐ Yes  ☐ Refused

| R.T.O. | Owner/Claimant's Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|---|

**REMARKS:** *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

THE ABOVE IS A COMPLETE LIST OF ITEMS BEING VOUCHERED FOR SEN SAFEKEEPING
ENV# C531815

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature    903476

**N025639**

Exhibit - B

240.20 (Violation) + 35 Time Served
w/leave to withdraw if violates parole

CRIMINAL COURT OF THE CITY OF NEW YORK

2006KN006559
Docket Number                    Arraignment Date          Serita
                                                           Arraignment Judge

You are to appear in Court on _April 10_____ by 9:30 A.M. at Part _AP3_ located at
120 Schermerhorn Street, Brooklyn N.Y. 11201.
                                                           tax pay

Your bail has been fixed at         $ _____    Insurance Company Bail Bond.
                                                   or
                                    $ _____    Cash Bail.    $95 ct cost

If you are released and you fail to appear at the time, date, and place indicated above,
  A Warrant for your Arrest will be issued.
  Your Bail, if any, will be forfeited.
  You may be charged with the crime of Bail Jumping.

If you are committed:
  You have the right to communicate with relatives or friends by letter or telephone free of charge.
  You have the right to the aid of counsel at every stage of the proceedings.

If you desire counsel and are financially unable to obtain counsel, counsel shall be assigned to you.

**PLEASE BRING THIS NOTICE WITH YOU WHENEVER YOU APPEAR IN COURT.**

CRC 3021 (8/92)                                            (over) (sigue)

Exhibit-C

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK ) SS:
COUNTY OF BRONX  )

    I, TYRONE HOUSTON, being duld sworn deposes and says:

    That I have on this 1st day of March, 2006, palced and submitted
the within three(3) copies of all moving papers, to be duly mailed via the
United State Postal Service, through the Institutional mailroom at Anna
M. Kross Center, 18-18 Hazen Street, East Elmhurst, N.Y. 11370, addressed
to the following parties:

Pro Se Staff Attorney
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

I declare under penalty of perjury
that the foregoing is true anf correct.
Executed on: March 1, 2006
             Bronx, N.Y.

Respectfully Submitted

_Tyrone Houston_
TYRONE HOUSTON
141-06-01750
18-18 Hazen Street
East Elmhurst, N.Y. 11370

Sworn to before me this

1st day of March, 2006

NOTARY PUBLIC   3/1/2006

SHANKAR AYLOO
Notary Public, State of New York
No. 01A...
Qualified in ...
Commission Expires Nov. 19, 2006