UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

TYRONE HOUSTON, a/k/a
TYRONE BLACK,

                              Plaintiff,

        -against-

NEW YORK CITY POLICE DISTRICT#33, Individually,
and as Police Command for the City of New York;
THE CITY OF NEW YORK, Individually, and as a
Municipal Agency for the State of New York; M.-
TOUSSAINT,Sheild#30127, Individually, and as
Police Officer for the City of New York; OFFICER
JOHN DOE(M.Toussaint's latin Partner for 1/27/06),
Individually, and as Police Officer for the City
of New York; SERGEANT JOHN DOE,Tax#903470,Indivi-
dually, and as Police Sergeant for the City of
New York; SERGEANT JOHN DOE(M. Toussaint's Sgt.
for 1/27/06), Individually, and as Police Sergeant
for the City of New York; SERGEANT JOHN DOE(the
Brooklyn Central Booking Sgt. for 1/29/06), Indiv-
idually, and as Police Sgt. for the City of New
York; RAYMOND KELLY, Individually, and as Commiss-
ioner of NYPD for the City of New York; CHIEF JOHN
DOE, Individually, and as Chief of NYPD for the City
of New York; and BROOKLYN TRANSIT ROBBERY SQUAD(the
Detective who conducted the 3/16/06 line-ups), Indi-
vidually, and as Police Detective for the City of
New York;

                              Defendants.
_____

AMENDED CIVIL RIGHTS
COMPLAINT PURSUANT
TO 42 USC, SECTIONS
1983, 1985 AND 1988.

06-CV-___2094_(RJD LB).

_____

PRELIMINARY STATEMENT

    1. This action is brought pursuant to 42 USC, Sections 1983, 1985 and

1988, to address the False Arrest, False Imprisonment, Malicious Prosecution,

Fabricated Robberies Weapon Charges, Abuse of Process, Negligent Hiring and

Supervision, and the Cruel and Inhumane Treatment inflicted upon me during

the Central Booking Process, in Violation of My Federal and State Constitut-

ional Rights.

JURISDICTION AND VENUE

    2. This United States District Court for the Eastern District of New

York has jurisdiction over these claims, under 28 USC, Section 1443(1)and(2).

Venue in this Court is appropriate pursuant to 28 USC, Section 1331(3) and(4).

<u>PLAINTIFF</u>

3. Plaintiff is a born Citizen of the United States, and was employed, as a building Superintendent for a Management Company with a "rent-free-two bedroom apartment and income of $693.92 before taxes, before the defendants illegal misconduct mentioned and exhibited below.

<u>DEFENDANTS</u>

4. Defendant NYC Police District#33, is a Municipal Body of the City of New York, located at the Eastern Parkway Train Station on the A-train line in Brooklyn, New York.

5. Defendant City of New York, is a Municipal Agency, operating under the laws of the State of New York and the United States, located at City Hall, in New York City.

6. Defendant M. Toussaint,Sheild#30127, is employed by the City of New York, as a Police Officer, working out of Police District#33 train Station on 1/27/06.

7. Defendant John Doe(M.Toussaint's latin partner of 1/27/06), is employed by the City of New York, as a Police Officer, working out of Police District#33 train station on 1/27/06.

8. Defendant Sgt. John Doe, Tax#903476, is employed by the City of New York, as a Police Sergeant, working out of Police District#33 train Station on 1/27/06.

9. Defendant Sgt. John Doe(M.Toussaint's Sgt. for 1/27/06), is employed by the City of New York, as a Police Sergeant, working out of Police District#33 train Station on 1/27/06.

2.

10. Defendant Sgt. John Doe(Brooklyn Central Booking Sgt. for 1/28/06), is employed by the City of New York, as a Police Sergeant, working under the Brooklyn Criminal Court Building.

11. Defendant Raymond Kelly, is employed by the City of New York, as Commissioner of NYPD, working out of "One Police Plaza," and was required under New York Law to authorize departmental regulations preventing Police fabrication of false evidence.

12. Defendant Chief John Doe, is employed by the City of New York, as Chief of NYPD, working out of "One Police Plaza," and was required under New York Law to over see that departmental regulations preventing Police fabrication of false evidence was enacted and followed.

13. Defendant Brooklyn Robbery Squad(the Detective who conducted the 3/16/06 lineups),is employed by the City of New York, as a Police Detective, working out of the Brooklyn Transit Robbery Squad, and was required under State and Federal Laws not to conspire with defendants Sgt. John Doe(M.-Toussanit's Sgt. for 1/27/06) to illegally force robberies against Plaintiff by victims of unsolved crimes.

<u>STATEMENT OF CLAIMS</u>

1. On 1/27/06, at approx. 7:00 P.M., defendants M. Toussaint and Officer John Doe(his latin partner for 1/27/06), illegally arrested plaintiff without Probable Cause, falsely claiming that I fits the description of a male Black, 25-30 years of age, 5'6 tall, 150lbs, no facial hair or head hair, who is wanted in connection with numerous subway robberies in this flushing Avenue train station and other places.

2. At approx. 7:35 P.M., defendants M. Toussaint and Sgt. John Doe(M.-Toussaint's Sgt. for 1/27/06) took three photos of me and began to call the

3.

victims and Police District#30(plaintiff sued this Police District#30 in
1993-TYRONE HOUSTON V. NYC TRANSIT AUTHORITY, ET AL.#93-CV-1291(SETTLED 1/4/00).

   3. At approx. 8:05 P.M., the defendants Police officers and Police
District#33, begin to conduct line-ups, absence my retain lawyer and the
District Attorney's Assistant.

   4. At approx. 11:10 P.M.(plaintiff erred in first complaint and put 10:10
P.M.), the 15 alleged victims from Police District#33 and Police District#30
cleared this plaintiff, as not the robber, because I'm 41 years of age, 6 feet
tall, 225lbs, facial hair but bald headed.

   5. At approx. 11:30 P.M., defendant Sgt. John Doe(M.Toussaint's Sgt. for
1/27/06) came to plaintiff holding pen(cell) and stated:"I notice you are on
parole for armed robbery and have a few robberies on your record. Police
District#30 said you like to file lawsuits against police. Tell me about
people who committ crimes and I'll let you go." Plaintiff told defendants
that He will see them in Federal Court.

   6. At approx. 11:40 P.M., defendant Sgt. John Doe(M.Toussaint's Sgt.
for 1/27/06) told defendant M. Toussaint to lie and fabricate false(P.L.§265.-
02(1)) charges against me, in retaliation for sueing Police District#30, and
for not being identified in their 15 illegal lineups, in violation of his
Federal and States Constitutional Rights. See Exhibit-A(a copy of the falsified
1/27/06, property clerk's invoice, showing known false P.L.§265.02(1) charges
forwarded to the Kings County District Attorney's Office).

   7. On 1/28/06, at approx. 2:30 A.M., defendants M.Toussaint and Sgt.
John Doe(M.Toussaint's Sgt. for 1/27/06) dropped me off at Central Booking
and told defendant Sgt. John Doe(Brooklyn Central Booking Sgt. for 1/28/06)
to punish me, in retaliation for sueing Police District#30, in violation of

my Federal and State Constitutional Rights.

8. From 2:50 A.M. of 1/28/06 thru 12:30 A.M. of 1/30/06, defendants Police Officers made sure plaintiff received no medical treatment, no shower, no hot food, nor sleep from time of arrest, despite his noted medical conditions(Iacomo, high blood pressure and water in the knees), which violates my 8th and 14th Amendment Rights to receive medical treatment.

9. On 1/29/06, at approx. 10:40 A.M., plaintiff was finally seen by a Legal Aid Attorney, who informed him that the Police had no Probable Cause to arrest him, and that the D.A. will investigate the witnesses claims of the Police planting evidence on You.

10. At approx. 11:10 A.M., plaintiff appeared before a AP-1 Judge,who "Ordered an investigation into plaintiff contentions" but reduced the Class D Felony to a Class A Misdemeanor, plus 60-days(plaintiff erred in first complaint and put time serve), which plaintiff decline due to his innocence and parole status and was given a 2/2/06 Court date in AP-3.

11. On 2/2/06, plaintiff appeared before Her Honorable Judge Serita, in AP-3, who under the District Attorney's request and defense counsel consent, dismissed the defendants fabricated charges and sealed the record. See Exhibit-B(a copy of the criminal court document, clearing me of all defendants lies and false charges).

12. On 2/17/06, plaintiff was sentenced to 12 months on a parole violation due to defendants illegal arrest and misconduct. See Exhibit-C(a copy of the 2/17/06 parole disposition showing 12 month hold).

13. On 3/9/06, plaintiff was produced to the Kings County Supreme Court, Part#20, and discovered that defendant Sgt. John Doe(M. Toussaint's Sgt. for 1/27/06)  and Brooklyn Transit Robbery Squad(the Detective who conducted the 3/16/06 lineups) were jointly involved in a common scheme-

a conspiracy to ensure that plaintiff were detained on false charges, when the District Attorney served a "Order to compel me to stand in two more lineups" FABRICATED by defendants Sgt. John Doe(M. Toussaint's Sgt. for 1/27/06) and Police District#33. See Exhibit-D(a copy of the Order to compel dated 2/17/06 and served 3/9/06, falsely claiming that plaintiff committed Robbery and related charges on 1/14/06 and 1/24/06).

14. On 3/16/06, at approx. 9:55 A.M., defendant Sgt. John Doe(M. Toussaint's Sgt. for 1/27/06) and two unknown officers came to Rikers Island to transport me to the Brooklyn Transit Robbery Squad, despite defense counsel request in Court to start the lineups, after 5:00 P.M. (A copy of the log books from Rikers Island and Brooklyn Transit Robbery Squad will be obtained upon demands for production of documents).

15. At approx. 6:25 P.M. of 3/16/06, defense Counsel Joel H. Brettschneider and defendants Sgt. John Doe(M. Toussaint's Sgt. for 1/27/06) and Brooklyn Transit Robbery Squad(the Detective who conducted the 3/16/06 lineups) started the reviewing of the lineups with the 1/14/06 and 1/24/06 Robbery victims, and each one of them failed to identify plaintiff, as their attacker, despite lying under oath on Business Records in Court that plaintiff was perpetrator of the offenses. See Exhibit-D(attached hereto the amended complaint). This is police fabrication of false evidence in violation of plaintiff Federal and State Constitutional Rights.

16. At approx. 8:10 P.M. of 3/16/06, after defense counsel departed, the defendant Sgt. John Doe(M. Toussaint's Sgt. for 1/27/06) fingerprinted me and falsely arrested me for the 1/14/06 Robbery and returned me back to Rikers Island around 10:00 P.M. (A copy of the log books and fingerprint card will be obtained upon demands for production of document).

6.

17. On 4/11/06, ADA Kimberly Sexton produced me back to Court, after becoming aware of my "ablibi evidence" and suspicious of defendants continuous forwarding of Robbery Charges against me to her Office, ORDERED in-court show up identifications with the "two new victims," who both stated: "He is not the Robber, but the person who picture the police told us to pick out." This sustains defendants Sgt. John Doe(M. Toussaint's Sgt. for 1/27/06) and Brooklyn Transit Robbery Squad(the Detective who conducted the 3/16/06 line-ups) retaliatory and malice motives to falsely charge and confine me for my prior lawsuit against Police District#30 and my parole status.(A copy of this 4/11/06 court date will be obtained during discovery).

18.XXXX On 4/17/06, ADA Kimberly Sexton, after interviewing the 1/14/06 victim, he also stated:"He is not the Robber, but the person who picture the police told me to pick out," IMMEDIATELY FAXED MY PLACE OF CONFINEMENT WITH AN ORDER DISMISSING ALL CRIMINAL CHARGES AND SEALING RECORDS."(A copy of Docket#2006KN06597 showing all charges and investigations dismissed and sealed will be obtained during discovery).

19. Defendants Kelly, Chief John Doe and City of New York has a illegal policy and custom of negligent Hiring and Supervision of Police Officers, which has allowed these defendant Officers deliberately manufacture false charges and evidence against me, by tolerating and covering up "complaints of police fabrication of false evidence against this Black American," in violation of the Equal Protection Clauses of the Federal and State Constit-ions.

20. Defendants Kelly, Chief John Doe and City of New York has a policy and custom of tolerating and covering up police fabrication of false evidence against plaintiff, by failing to adequately train, supervise, control and discipline these defendant Officers. This Failure has given the NYPD "license

7.

to deliberately manufacture false evidence against this Black Plaintiff at will" without any fear of any disciplinary actions from defendants Kelly, Chief John Doe and City of New York.

21. Defendants Kelly, Chief John Doe and City of New York has violated and/or caused the violations of my 1st,4th,5th,8th and 14th Amendment Rights and Article I, Sections 8,9,11 and 12 of the New York State Constitution Rights by failing to prevent these fabricated and malice 1/14/06, 1/24/06 and 4/11/06 charges against me, after being made aware on 2/3/06 and 3/10/06. See Exhibit-E(a copy of the sworn 2/3/06 and 3/10/06 letters sent to defendants Kelly, and Chief John Doe).

22. Defendants Kelly, Chief John Doe and City of New York is liable to plaintiff because their continuous failure to adequately train, supervise, control and discipline these defendant Officers not to fabricate false evidence or conspire maliciously to prosecute me on false weapon and Robbery charges, in violation of my Civil and Constitutional Rights. See Exhibits-A thru E(attached hereto amended complaint).

23. Defendants M. Toussaint, Officer John Doe(M. Toussaint's latin partner for 1/27/06) and Police District#33 had a "sworn duty" to protect me, once the 15 Robbery victims of 1/27/06 cleared me, but stood by, and let defendants Sgt. John Doe(M. Toussaint's Sgt. for 1/27/06) and Sgt. John Doe, Tax#903476 Ordered me arrested and charged of false Penal Law§265.02(1) and Penal Law§160.15 charges and sent it to the Kings County Prosecutors Office, knowing that plaintiff was innocence, in violation of his Civil and Constitutional Rights.

## DAMAGES

1. Plaintiff was home on Parole, since 2/19/04 without any problems and was employed by a "Management Company with a rent-free-two-bedroom Apt." and $693.92 income before taxes. These defendants illegal actionshas damaged me, to where, my soul mate, family and friends, except my "poor elderly

8.

MOTHER" has refuse to write or talk to me, despite the State Court disposi-
itions showing my innocence. This Police Contact has costed me, a One year
parole violation(a hold). See Exhibit-C(a copy of the 2/17/06 parole
violation disposition). Plaintiff does not challegne the parole violation
in this suit due to appeals pending in Albany, New York.

<u>RELIEF REQUESTED</u>

1. Plaintiff ask this Court to hold these defendants liable under the
Civil Rights Act of 1964, the Federal and State Constitutions for malicely
violating plaintiff Rights to be free from False arrest, False Imprisonment,
malicious prosecution, fabricated Robbery and Weapon charges, and Cruel
and Inhumane treatment by NYPD Officials in retaliation for filing a lawsuit
against Police District#30. Plaintiff wants One Million Dollars($1,000,000)
from each named defendants, execpt defendants Kelly, Chief John Doe and
City of New York, who I seek Three Million($3,000,000) from in their
individual capacities for allowing these defendants to violate my Rights
and for destroying and/or causing the destruction of my life.

Signed this 30th day of April, 2006

*Tyrone Houston*

(Signature of Plaintiff                    )
  TYRONE HOUSTON#141-06-01750
PLAINTIFF/PRO SE
  NYSID#4779407Z--State Ready

I declare under the penalty of perjury
that the foregoing is true and correct.
Executed on: April 30, 2006
             Bronx, New York

9.

Exhibit A

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

**N025639**



☐ **ARREST EVIDENCE**          ☐ **DECEDENT'S PROPERTY**          ☐ **FOUND PROPERTY**

☐ **INVESTIGATORY**          ☐ **PEDDLER PROPERTY**          ☒ **OTHER** SAFEKEEPING

DATE PREPARED: 1-27          YR 06          PCT. TKTF

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| TOUSSAINT   M | PO | 30127 | 933422 | TKTF |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| HOUSTON   TYRONE | | 41 | 333 PROSPECT PL BKLYN NY | 1 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 1-27-06 | K06507646Z | 265-2(1) | ☒ | ☐ | ☐ | ☐ | 00664 |

| Finder of Property | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| A/O | 1 police plaza ny ny | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE . U.S. Currency Only | (For Property Clerk's Use Only) DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 01 | 01 | BLACK BINDER W/PAPERS | | | |
| 02 | 01 | NOKIA CELLPHONE | | | |
| 03 | 01 | CELLPHONE BATTERY | | | |
| 04 | 01 | CAR ALARM | | | |
| 05 | 24 | KEYS ON RING | | | |
| XX | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | | | |
| | | THE ABOVE IS A COMPLETE LIST OF ITEMS BEING VOUCHERED | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | TOTAL | | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink   Receipt   Copy   of   Voucher   Issued   ☐ Yes   ☐ Refused

| | Owner's/Claimant's | Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|---|---|
| **R.T.O.** | | | | | |

**REMARKS:** *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

THE ABOVE IS A COMPLETE LIST OF ITEMS BEING VOUCHERED FOR ~~SXX~~ SAFEKEEPING
ENV# C531815

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro/Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | | Command |
|---|---|---|---|---|

Property Clerk's Signature

903476

**N025639**

**DISTRIBUTION: WHITE - Prop. Clk. File          SECOND WHITE - Inventory Unit Copy          YELLOW - Prop. Clk. Work Copy**

Exhibit-B

240.20 (Violation) + Time Served        Shannon Stallings (718) 243-6207
w/leave to w/draw if violates parole

# CRIMINAL COURT OF THE CITY OF NEW YORK

2006KN006559                                                    Serita
Docket Number _____          Arraignment Date _____          Arraignment Judge

                                                                to pay

You are to appear in Court on April 10 ____ by 9:30 A.M. at Part AP3 _____ located at
120 Schermerhorn Street, Brooklyn, N.Y. 11201.

                              $ _____     Insurance Company Bail Bond.
Your bail has been fixed at                     or                      $95 ct cost
                              $ _____     Cash Bail.

If you are released and you fail to appear at the time, date, and place indicated above,
    A Warrant for your Arrest will be issued.
    Your Bail, if any, will be forfeited.
    You may be charged with the crime of Bail Jumping.

If you are committed:
    You have the right to communicate with relatives or friends by letter or telephone free of charge.
    You have the right to the aid of counsel at every stage of the proceedings.

If you desire counsel and are financially unable to obtain counsel, counsel shall be assigned to you.

## PLEASE BRING THIS NOTICE WITH YOU WHENEVER YOU APPEAR IN COURT.

CRC 3021 (8/92)                                                    (over) (sigue)

Exhibit B

EXhibit-C

Exhibit - D

At a Criminal Term, Part Miscellaneous of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse thereof, Borough of Brooklyn, City of New York, on the 1ˢᵗ day of March, 2006.

Present:

HONORABLE                                    , J.S.C.

-----------------------------------------------------------------x

IN THE MATTER OF AN INVESTIGATION                :

             of                :        **ORDER TO SHOW CAUSE**

    TYRONE HOUSTON                :        INDEX NUMBER: 6597 /2006
    NYSID # 4779407Z                :

                   :

-----------------------------------------------------------------x

Upon the annexed affirmation of Assistant District Attorney Kimberly Sexton, dated February 17, 2006, Let TYRONE HOUSTON, the subject of the above-captioned investigation, show cause at Miscellaneous Motions Part of the Criminal Term of this court to be held at the Supreme Courthouse at 320 Jay Street, Brooklyn, New York, on the 9th day of March, 2006, at 9:30 a.m. of that day or as soon thereafter as counsel can be heard, why an Order should not be granted requiring TYRONE HOUSTON to participate in a double blind identification lineup regarding the above-captioned investigation and why such other and further relief deemed just and proper by this court should not be granted.

Sufficient reason appearing, let service of a copy of this order and the papers upon which it was granted, upon counsel to be assigned for TYRONE HOUSTON, on or before 5:00 P.M., on the 7th day of March, 2006, be deemed sufficient service.

ENTER,

MICHAEL GARY
_____
JUSTICE OF THE SUPREME COURT

DATED:  Brooklyn, New York
        March    , 2006

SEAL OF THE SUPREME COURT
OF THE STATE OF NEW YORK

At a Term of the Supreme Court of the State of New York, held in and for the County of Kings, at 320 Jay Street, Brooklyn, New York, on the          day of March, 2006.

Present:

    HONORABLE                              , J.S.C.

------------------------------------------------------------x

IN THE MATTER OF AN INVESTIGATION       :

              of                      :        O R D E R

    TYRONE HOUSTON             :    INDEX NUMBER:    /2006
    NYSID # 4779407Z

------------------------------------------------------------x

It appearing from the attached affirmation of Assistant District Attorney Kimberly Sexton, dated February 17, 2006, and argument had thereon, that there is probable cause to believe that TYRONE HOUSTON is the perpetrator of the above-captioned offense and that his participation in a corporeal lineup identification procedure is necessary and material in this investigation, it is hereby

**ORDERED** that TYRONE HOUSTON participate in a double blind identification lineup regarding the above-captioned investigation, which shall be held at the Brooklyn Transit Robbery Squad, Brooklyn, New York, on the          day of March, 2006, or on any other date thereafter agreeable to the People and counsel for TYRONE HOUSTON.  It is further

**ORDERED** that the Superintendent or Warden of the institution, AMKC, or whosoever shall have supervision and control of TYRONE HOUSTON, shall deliver the said TYRONE HOUSTON, into the custody of the Commissioner of Correction of the City of New York, and it is further

**ORDERED** that the Commissioner of Correction of the City of New York receive the said TYRONE HOUSTON, from the said Warden and thereafter it is further

**ORDERED** that the Warden of AMKC, or any City of New York correctional facility where TYRONE HOUSTON is lodged on the lineup date, or on any other date thereafter agreeable to the People and counsel, produce and turn over TYRONE HOUSTON to a representative of the District Attorney of Kings County or any officer of the New York City Police Department bearing this order, and that these persons be directed to keep the prisoner in safe and secure custody for the purpose of conducting the lineup. It is further

**ORDERED** that, if necessary, reasonable force may be used to compel TYRONE HOUSTON to take part in said lineup; that TYRONE HOUSTON must not alter or disguise his appearance in any way that would effect a change in his appearance from the time of the granting of this Order; that TYRONE HOUSTON may be required to speak at the lineup; to shave or trim his beard and/or trim or comb his hair; and to wear an article or articles of clothing, a wig, facial hair, or other appurtenance at the direction of a police officer or an Assistant District Attorney conducting the lineup. It is further

**ORDERED** that TYRONE HOUSTON be returned to the institution in which he is incarcerated as soon as he has appeared in the lineup and that he shall be kept in safe and secure custody until his return to that original place of commitment. It is further

**ORDERED** that                    , counsel for TYRONE HOUSTON, attend the lineup

procedure to be held on the        day of March 2006, at the Brooklyn Transit Robbery Squad,

Brooklyn, New York, or on any other date thereafter agreeable to the People and counsel for

TYRONE HOUSTON.

ENTER,

_____

JUSTICE OF THE SUPREME COURT

DATED: Brooklyn, New York
        March      , 2006

SEAL OF THE SUPREME COURT
OF THE STATE OF NEW YORK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------x
IN THE MATTER OF AN INVESTIGATION                    :

             of                       :     AFFIRMATION IN SUPPORT
                                           OF THE PEOPLE'S MOTION
      TYRONE HOUSTON          :     FOR A LINEUP ORDER
      NYSID # 4779407Z

-------------------------------------------------------------------x

      Kimberly Sexton, an attorney-at-law, duly licensed to practice before the courts of this State

affirms the following to be true under penalties of perjury.

      1.     I am an Assistant District Attorney in the Office of the Kings County District

Attorney. As such, I am fully familiar with the facts and circumstances of the above-captioned

investigation. I make this affirmation upon information and belief, the sources of which include

information in the records and files of this office and of the Police Department of the City of New

York.

      2.     An investigation is presently being conducted into the above-captioned offense. I

submit this affirmation in support of the People's motion for an order requiring TYRONE

HOUSTON to participate in a double blind identification.

      3.     Because TYRONE HOUSTON is presently incarcerated by the New York City

Department of Corrections at AMKC, a further Order of this court is needed to secure his presence

at the lineup.

      4.     The following facts establish probable cause to believe that TYRONE HOUSTON

committed Robbery and related charges on January 14, 2006 and January 24, 2006.

5.     On January 14, 2006, at approximately 8:15 a.m., at the Clinton Avenue & Washington Avenue Subway Station, County of Kings, State of New York, a perpetrator approached an individual, whose identity is known to the New York City Police Department and Kings County District Attorney's Office, displayed a knife and stated in sum and substance give me your wallet I have a knife I'll kill you and then removed the individual's property. The perpetrator then fled. An official complaint reporting this crime has been filed with the New York City Police Department.

On January 31, 2006, a witness of the above-mentioned crime viewed a number of photographs of people whose features and facial characteristics are similar to that of the perpetrator and selected the photograph of TYRONE HOUSTON as the above-described individual who committed the offense(s) described herein. The witness believes that they could positively identify the perpetrator of this crime if they are given the opportunity to view the individual in a line-up.

On January 24, 2006, at approximately 7:35 p.m., at the Fulton Street & Washington Avenue Subway, County of Kings, State of New York, a perpetrator approached an individual, whose identity is known to the New York City Police Department and the Kings County District Attorney's Office, grabbed the individual and displayed a knife and demanded in sum and substance that the individual hand over the individual's property. The perpetrator then fled. An official complaint reporting this crime has been filed with the New York City Police Department.

On January 28, 2006, the victim of the above-mentioned crime viewed a number of photographs of people whose features and facial characteristics are similar to that of the perpetrator and selected the photograph of TYRONE HOUSTON as the above-described individual who

committed the offense(s) described herein.  The victim believes that they could positively identify the perpetrator of this crime if they are given the opportunity to view the individual in a line-up.

6.    The foregoing information constitutes sufficient cause to compel TYRONE HOUSTON to participate in a lineup.

7.    To date, there has been no corporeal identification of TYRONE HOUSTON as the perpetrator of the above-described offense(s) by the above-mentioned victim.  Moreover, no prior application for the relief sought herein has been requested or granted.

WHEREFORE, it is respectfully requested that the motion be granted in its entirety.

Dated: Brooklyn, New York
         February 17, 2006

Kimberly Sexton
Assistant District Attorney
(718) 250-2187

EXhibit - E

Mr. Tyrone Houston
#141-06-01750
A.M.K.C.  C-95
18-18 Hazen Street
East Elmhurst, N.Y. 11370

Date: 3/10/06

To: Mr. Raymond Kelly
    Commissioner of NYPD
    1 Police Plaza
    New York, N.Y. 10038
    Att'n:Chief of NYPD

Re: In the Matter an Investigation of TYRONE HOUSTON,-
NYSID#4779407Z Fabricated by Members of NYPD TRANSIT
ROBBERY SQUAD.

Dear Mr. Kelly:

I am the above named person, who was kidnapped by Police Officer,
M. Toussaint,Sheid#30127, Police Officer John Doe(M.Toussaint's partner
for 1/27/06), Sgt. John Doe(M.Toussaint's Sgt. for 1/27/06), and Sgt. John
Doe, Tax#903476, on 1/27/06, around 7:00 P.M.

The Kings County District Attorney's Office, on 2/02/06 dismissed the
weapon charges that were illegally pended on me, under Docket#2006KN006559
due to police fabrication and placing me in 15 illegal lineups without
Probable Cause to believe that I fits the description of a Male Black, 25-30
years of age, 5'6 tall, 150lbs, no facial hair or head hair, when I'm 41 years
of age, 6'0 feet tall, 225lbs, facial hair and bald headed. See Exhibit-
A(attached copy of 2/2/06 criminal court disposition).

Wherefore, I am requesting a State and City investigation against these
Police Officers mentioned above, because I'm innocence and should not be
retaliated against for my settled lawsuit against Police District#30, who
were present at the 1/27/06 lineups, and now claim that I was identified by
two robbery victims in their District#30 area, which Sgt. John Doe(M.Toussaint
Sgt. for 1/27/06) is behind. I Thank You in advance. This is my 2nd letter.

I declare under penalty of perjury                    Sincerely Yours,
that the foregoing is true and correct.               _Tyrone Houston_
Executed on: March 10, 2006
          Bronx, New York

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK)SS:
COUNTY  OF  BRONX)


    I, TYRONE HOUSTON, being duly sworn deposes and says:

    That I have on this 1st day of May, 2006, placed and submitted the within April 30, 2006 Amended Civil Rights Complaint, which was first filing in the United States District Court-EDNY, on March 13, 2006, to be duly mailed VIA the United States Postal Service, through the Institutional mailroom at G.M.D.C., a/k/a C-73, 15-15 Hazen Street, East Elmhurst, N.Y. 11370, addressed to the following party:


Pro Se Statff Attorney's Office
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201


                                        Respectfully Submitted

                                  *Tyrone Houston*

                                TYRONE HOUSTON#141-06-01750
                                PLAINTIFF/PRO SE
                                G.M.D.C., a/k/a C-73
                                15-15 Hazen Street
                                East Elmhurst, N.Y. 11370


I declare under penalty of perjury
that the foregoing is true and correct.
Executed on: May 1st, 2006
                Bronx, New York