District Judge Court Copy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TYRONE HOUSTON, a/k/a
TYRONE BLACK,

                    Plaintiff,

           -against-

NEW YORK CITY POLICE DISTRICT#33, Individually,
and as Police Command for the City of New York;
THE CITY OF NEW YORK, Individually, and as a
Municipal Agency for the State of New York; M.-
TOUSSAINT,Sheild#30127, Individually, and as
Police Officer for the City of New York; OFFICER
JOHN DOE(M.Toussaint's latin Partner for 1/27/06),
Individually, and as Police Officer for the City
of New York; SERGEANT JOHN DOE,Tax#903476,Indivi-
dually, and as Police Sergeant for the City of
New York; Det. ROBERTO FUNES,Sheild#2392(M.Touss-
aint's Sgt. for 1/27/06), Individually, and as
Police Sergeant for the City of New York; SERGEANT
JOHN DOE(the Brooklyn Central Booking Sgt. for
1/28/06), Individually, and as Police Sgt. for the
City of New York; RAYMOND KELLY, Individually, and
as Commissioner of NYC Police Department for the
City of New York; CHIEF JOHN DOE, Individually, and
as Chief of NYC Police Department for the City of
New York; and BROOKLYN TRANSIT ROBBERY SQUAD(the
Detective who conducted the 3/16/06 lineups), Indi-
vidually, and as Police Detective for the City of
New York; and New York City Police District#30,
Individually, and as Police Command for the City of
New York,

                    Defendants.



JURY TRIAL DEMANDED

AMENDED CIVIL RIGHTS
COMPLAINT PURSUANT
TO 42 USC, SECTIONS
1983, 1985 AND 1988.

06-CV-2094(RJD)(LB).

PRELIMINARY STATEMENT

1. Plaintiff seeks compensatory and punitive damages against the above

named defendants, pursuant to 42 USC, Sections 1983, 1985 and 1988, as the

result of False Arrest, False Imprisonment, Malicious Prosecution, Fabricated

Weapons and Robberies charges, Abuse of Process, Negligent Hiring and

Supervision, and Cruel and Inhumane Treatment inflicted upon me during

the Central Bookling Process, occurring on 1/27/06, 1/28/06, 3/9/06, 3/16/06,

                            1.

4/11/06 and 4/17/06, in the County of Kings, New York City and State, in violation of my Federal and State Constitutional Rights.

2. Defendants Kelly, Chief John Doe and City of New York has a policy, Custom and Practice of tolerating and covering up "complaints of police fabrication of false charges against PAROLEES" in violation of the Equal Protection Clauses  of the Federal and State Constitutions.

### JURISDICTION AND VENUE

3. This Court has jursidiction over each of the plaintiff's  claims, pursuant to 28 USC, Section 1343(3) and (4), as well as, under this Court's pendent jurisdiction over state law claims. Venue in this Court is appropriate under 28 USC, Section 1391(b).

### PLIANTIFF

4. Plaintiff is a born Citizen of the United States, and was employed as a building Superintendent for a Management Company with a "rent-free-two bedroom apartment and income of $693.92 before taxes, before the defendants illegal misconduct mentioned and exhibited below.

### DEFENDANTS

5. At all times hereinafter mentioned, defendants Kelly, Chief John Doe and City of New York, was and still is policy-making officials for a domestic municipal corporation organized and existing under the laws of the State of New York.

6. At all times hereinafter mentioned, defendants Kelly, Chief John Doe and City of New York, was and still maintaining the New York City Police Department at One Police Plaza, New York City and had direct notice of all the constitutional violations being inflicted upon  this plaintiff.

2.

7. Upon information and belief, On and prior to January 27, 2006, the defendants Police Districts#30 and #33 was and still is a domestic Municipal corporation organized and existing under the laws of the State of New York.

8. Upon information and belief, On and prior to January 27, 2006, the defendants M. Toussaint,Sheild#30127, John Doe(M. Toussaint's Latin partner for 1/27/06), Sgt. John Doe,Tax#903476, Sgt. Roberto Funes,Sheild#2392(M.-Toussaint's Sgt. for 1/27/06), is empolyed by the City of New York, as Police Officers, working out of the Transit Police District#33 train station.

9. Upon information and belief, On and prior to January 28, 2006, the defendant Sgt. John Doe(Brooklyn Central Booking Sgt. for 1/28/06), is employed by the City of New York, as a Police Sergeant, working under the Brooklyn Criminal Court Building.

10. Upon information and belief, On and prior to March 16, 2006, the defendant Brooklyn Transit Robbery Squad(the Detective who conducted the 3/16/06 lineups), is employed by the City of New York, as a Police Officer, working out of the Brooklyn Transit Robbery Squad.

## CAUSE OF ACTION
### RETALIATORY AND FABRICATED CHARGES

11. On 1/27/06, at approx. 7:00 P.M., defendants M.Toussaint and Officer John Doe(his Latin partner for 1/27/06), illegally arrested plaintiff without Probable Cause, falsely claiming that I fits the description of a male Black, 25-30 years of age, 5'6 tall, 150lbs, no facial hair or head hair, who is wanted in connection with numerous subway robberies in this flushing Avenue train station and other places.

12. At approx. 7:35 P.M., defendants M.Toussaint and Roberto Funes(M.-Toussaint's Sgt. for 1/27/06) took three photos of me and began to call the

3.

victims and Police District#30(plaintiff sued this Police District#30 in 1993-Tyrone Houston v. NYC Transit Authority, et al.#93-CV-1291(E.D.N.Y., April 10, 1996)(Block, D.J.)(Settled 1/4/00)).

3. At approx. 8:05 P.M., the defendants Police Officers and Police District#33, begin to conduct lineups, absence my retained lawyer and the District Attorney's Assistant.

4. At approx. 11:10 P.M.(plaintiff erred in first complaint and put 10:10 P.M.), the 15 alleged victims from Police District#33 and Police District#30 cleared this plaintiff, as not the robber, because I'm 41 years of age, 6 feet tall, 225lbs, facial hair but bald headed.

5. At approx. 11:30 P.M., defendant Roberto Funes#2392(M. Toussaint's Sgt. for 1/27/06) came to plaintiff holding pen(cell) and stated: "I notice you are on parole for armed robbery and have a few robberies on your record. Police District#30 said you like to file lawsuits against Police. Tell me about people who committ crimes and I'll let you go." Plaintiff told defendant that He will see them in Federal Court.

6. At approx. 11:40 P.M., defendant Roberto Funes#2392(M. Toussaint's Sgt. for 1/27/06) told defendant M. Toussaint to lie and fabricate false(P.L.-§265.02(1) charges against me, in retaliation for sueing Police District#30, and for not being identified in their 15 illegal lineups, in violation of his Federal and State Constitutional Rights. See Exhibit-A(a copy of the falsified 1/27/06, property clerk's invoice, showing known false P.L.§265.02(1) charges forwarded to the Kings County District Attorney's Office).

7. On 1/28/06, at approx. 2:30 A.M., defendants M. Toussaint and R. Funes, dropped me off at the Brooklyn Central Booking and told defendant Sgt. John Doe(Brooklyn Central Booking Sgt. for 1/28/06) to punish me, in retaliation for exercising My Federal Right to sue Police District#30, in violation of

4.

My Federal and State Rights, as well as, their "oath of office to serve and protect those rights."

8. From 2:50 A.M. of 1/28/06 thru 12:30 A.M. of 1/30/06, defendants Police Officers made sure plaintiff received no medical treatment,no shower, no hot food, nor sleep from time of arrest, despite noted medical condition(la-como, high blood pressure and water in the knees), which amounts to deliberate indifference to serious medical needs.

9. On 1/29/06, at approx. 10:40 A.M., plaintiff was finally seen by a Legal Aid Attorney, who informed him that the Police had no Probable Cause to arrest him, and that the D.A. will investigate the witnesses claims of the Police planting evidence on Me.

10. At approx. 11:10 A.M., plaintiff appeared before a AP-1 Judge, who "Ordered an investigation into plaintiff contentions of Police Fabrication of false evidence" but reduced the Class D Felony to a Class A Misdemeanor, plus 60-days(plaintiff erred in first complaint and put time served), which he declined due to his innocence and parole status and was given a 2/2/06 next Court date in AP-3.

11. On 2/2/06, plaintiff appeared before Her Honorable Judge T. Serita, in AP-3, who under the District Attorney's request and defense counsel consent, dismissed the defendants fabricated P.L.§265.02(1) charges and sealed the record. See Exhibit-B(a copy of the Criminal Court's 2/2/06 disposition sealing record and no mentioning of Robbery victims picking out any photo of me).

12. On 2/17/06, plaintiff was sentenced to a 12-months parole hold due to defendants illegal arrest and misconduct. See Exhibit-C(a copy of the 2/17/06 parole disposition).

13. On 3/9/06, plaintiff was produced to the Kings County Supreme Court, Part#20, and discovered that defendants R. Funes and Brooklyn Transit Robbery Squad(the Det. who conducted the 3/16/06 lineups)were jointly involved in a

5.

common scheme-a conspiracy to ensure that plaintiff were detained on false charges, when the District Attorney served a "Order to compel me to stand in two more lineups" Fabricated by defendants Funes and and Police District#30. See Exhibit-D(a copy of the Order to compel dated 2/17/06 and served 3/9/06, falsely claiming that plaintiff committed Robbery and related charges on 1/14/06 and 1/24/06).

14. On 3/16/06, at approx. 9:55 A.M., defendant Roberto Funes#2392 and two unknown Officers came to Rikers Island to transport me to the Brooklyn Transit Robbery Squad, despite defense counsel request in Court to start the lineups, after 5:00 P.M.(A copy of the log books from Rikers Island and Brooklyn Transit Robbery Squad will be obtained upon demand for production of documents).

15. At approx. 6:25 P.M. 6:25 P.M. of 3/16/06, defense Counsel Joel H.-Brettschneider and defendants R. Funes and Brooklyn Transit Robbery Squad(the Det. who conducted the 3/16/06 lineups) started the reviewing of the lineups with the 1/14/06 and 1/24/06 Robbery victims, and each one of them failed to identify me, as their attacker, despite the defendant Funes lying under "oath on official business records" in Court that plaintiff was the perpetrator of these crimes. See Exhibit-D(attached hereto this amended complaint). This is police fabrication of false evidence against a Parolee, in retalition for filing a prior lawsuit, which clearly violates my Federal and State Rights.

16. At approx. 8:10 P.M. of 3/16/06, after defense counsel departed, the defendant Funes stated that a "witness to the crime pick me out" and finger-printed me and falsely arrested and charged me with the 1/14/06 Robbery and returned me back to Rikers Island around 10:00 P.M.(A copy of the log books and fingerprint card will be obtained upon demand for production of document).

6.

17. On 4/11/06, the plaintiff was produced back to Court, after telling assigned counsel of "ablibi evidence," and placed into a in-court showup identification with "two new Black victims," who both said:"He is not the Robber, but the person who picture the police(defendants herein) told us to pick out." This sustains defendants Roberto Funes,Sheild#2392(M.Toussaint's Sgt. for 1/27/06) and Brooklyn Transit Robbery Squad(the detective who conducted the 3/16/06 lineups) retaliatory and malice deliberate indifference and motives to falsely charge and confine plaintiff for his prior lawsuit against Police District#30 and my parole staus. See Exhibit-E(a copy of Mr. Leroy Gadsden, G.M.D.C., a/k/a C-73 law library supervisor handwritten note off the computer showing all charges under Exhibit-D(attached hereto) being dismissed).

18. Defendants Kelly, Chief John Doe and City of New York has illegal policy and custom of negligent Hiring and Supervision of Police Officers, which has allowed these defendant Officers to deliberately manfacture false charges and evidence against me, by tolerating and covering up "complaints of police fabrication of false evidence against Parolees," in violation of the Equal Protection Clauses of the Federal and State Constitutions.

19. Upon information and belief, these above actions of fabricated and false evidence were planned, ordered and carried out with the actual and constructive knowledge of each named defendant Police Officials, who knew or should have known that Plaintiff Constitutional Rights was being violated in their presence.

20. From at least 1/27/06 thru 4/11/06, the above defendants knew or should have known that it was unconstitutional to retaliatory file known false charge against plaintiff, in retaliation for his prior lawsuit.This intentional and malice failure to train has given the New York Police

7.

"License" to deliberately manufacture false evidence against this Black Parolee at will, without any fear of disciplinary actions from defendants Kelly, Chief John Doe and City of New York.

21. Defendants Kelly, Chief John Doe and City of New York has violated and/or caused the violations of plaintiff's 1st,4th,5th,8th and 14th Amendment Rights, as well as, Article I, Sections 8,9,11 and 12 of the New York State Constitution by failing to intervene and prevent these fabricated and malice charges against me, after being made aware through complaints sent to them on 2/3/06 and 3/10/06. See Exhibit-F(a copy of the sworn 2/3/06 and 3/10/06 complaint to defendants Kelly and Chief John Doe).

22. Defendants Kelly, Chief John Doe and City of New York is liable to plaintiff because their continuous failure to adequately train, supervise, control and discipline these defendant Officers not to suppress "exculpatory evidence from the prosecutors," or fabricate and conspire maliciously to prosecute a innocence parolee on false charges, in violation of his Federal and State Constitutional Rights. See Exhibit-G(a copy of the police report dated 1/14/06 from defendant Funes, which shows a male Black, 30-years of age, 6'0 tall and 130lbs)

23. Defendants M. Toussaint, Officer John Doe(M. Toussaint's partner for 1/27/06) and Police#33 had a "sworn duty" to protect me, once the 15 Robbery victims of 1/27/06 cleared me, but stood by, and let defendants Funes and Sgt. John Doe, Tax#903476 Ordered me arrested and falsely charged with Penal Law§265.02(1) charges and sent it to the Prosecutors Office, knowing that I was innocence, in violation of my Federal and State Constitutional Rights.

24. Based upon paragraphs "1" thru "23" herein, defendants' actions have denied and deprived me of the following Rights, Privileges, and immunities secured to me by the Constitution of the United States;

8.

(a) the right of plaintiff not to be retaliatory and maliciously charged, confined and prosecuted on known false crimes, in retaliation for filing and settling a lawsuit against Police District#30, secured to me by the 1st and 14th Amendments to the United States Constitution;

(b) the right of plaintiff to be free from cruel and inhumane treatment, by not being given his medications, hot food, showers or allowed to sleep for 40-hours, in retaliation for filing and settling a lawsuit against Police District#30, secured to me by the 1st, 8th and 14th Amendments to the United States Constitution.

## DAMAGES

25. Plaintiff was home on Parole, since 2/19/04 without any problems and was employed by a "Management Company with a rent-free-two-bedroom Apt," and $693.92 income before taxes, and had a "mug shot photo in every Police Station, mainly Police District#30." These defendants illegal actions has damaged me, to where, "My Soulmate, family and friends, except my elderly Mother, Oldest Brother and Cousin refuse to write or talk to me, despite the State Court's disposition(Exhibit-E to this amended complaint) showing my innocence. This Police Contact has costed me, a One year parole violation, my Job and Apartment.

## RELIEF REQUESTED

26. These retaliatory and fabricated actions of these defendants, and each of them, were performed retaliatory, knowingly, maliciously and with deliberate indifference to my Rights, by reason of which palintiff is entitled to an award of compensatory damages in the amount of $1,000,000(One Million) Dollars from each named defendants, except defendants Kelly, Chief John Doe and City of New York, who I seek $3,000,000(Three Million) Dollars

from each, in their individual capacities for allowing these defendants to violate my Rights by failing to train and discipline these Police Officers, which has left the entire New York City Population in grave danger to New York City Police abuse of process and authority.

<u>JURY DEMANDED</u>

27. Plaintiff demands a jury trial of this action.

WHEREFORE, plaintiff demands judgment:

1. Awarding plaintiff compensatory and Punitive damages against each and every defendants named herein,

2. Awarding me all costs and expenses of this actions filing fees, legal mail and photocopies,

3. GRANTING me de-equitable remedy of enjoining these defendants from filing any more false charges and if they do upon a review on the law and fact, under 18 U.S.C.§242, that each named defendants be arrested and prosecuted in this U.S. District Court for the Eastern District of New York.

Signed this 13 th day of July  2006

_Tyrone Houston_
(Signature of Plaintiff    )
TYRONE HOUSTON#141-06-01750
PLAINTIFF/PRO SE
NYSID#477947Z-STATE READY

I declare under the penalty of perjury that the foregoing is true and correct.
Executed on: July 13 , 2006
Bronx, New York

10

Exhibit A



# PROPERTY CLERK'S INVOICE
PD 521-141 (Rev. 5/01)-Pent

Check only one of the below categories.

N025639

☐ ARREST EVIDENCE    ☐ DECEDENT'S PROPERTY    ☐ FOUND PROPERTY
☐ INVESTIGATORY    ☐ OTHER

Exhibit - B

Received 5/23/06

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER: 135577

THE PEOPLE OF THE STATE OF NEW YORK
VS

HOUSTON, TYRONE
Defendant

09/08/1964
Date of Birth

333 PROSPECT PLA
Address

4779407Z
NYSID Number

BROOKLYN            NY
City          State   Zip

01/27/2006
Date of Arrest/Issue

Docket Number: 2006KN006559

Summons No:

240.20 AC 10-133 HC 153.09
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 02/02/2006 | PLED GUILTY & SENTENCE IMPOSED PG 240.20 IMPRISONMENT=TS | SERITA,T | AP3 |

SEALED
AFTER CONVICTION
pursuant to Section 160.55 of the CP

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

WINDSOR L
COURT OFFICIAL SIGNATURE AND SEAL

05/17/2006
DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

Exhibit C

STATE OF NEW YORK - EXECUTIVE DEPARTMENT - DIVISION OF PAROLE

TO:      NEW YORK CITY DEPARTMENT OF CORRECTIONS
FROM:    PAROLE VIOLATION UNIT
RE:      RESULTS OF PAROLE REVOCATION HEARING

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

HEARING DATE:
HEARING LOCATION: RI JUDIC. DTN 2

NAME: PORTER, TYRONE
WARRANT:
NYSID:     C477740?Z
D.I.N.:
DA:  SIMPSON, DONALD

*Porter/Guggenheim*

DECISION DATE:

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

PLEASE TAKE NOTE THAT THE      FINAL      PAROLE REVOCATION HEARING LISTED ABOVE
HAS RESULTED IN ONE OF THE FOLLOWING:

(1)    X    VIOLATION SUSTAINED: HEARING COMPLETED
            A.L.C. (DELINQUENT) *12 months*
            (DATE REVIEWED)  YES / (NO)  (PLEASE CIRCLE)

(2)    ____  CASE ADJOURNED TO _____

(3)    ____  VIOLATION NOT SUSTAINED:
            CHARGE DISMISSED, WARRANT LIFTED

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

NOTICE TO ATTORNEY OF ADJOURNMENT DATE:
            ____  HAND DELIVERED ON _____
            ____  MAILED ON _____

NOTICE TO PAROLEE OF ADJOURNMENT DATE:
            ____  HAND DELIVERED ON _____
            ____  MAILED ON _____

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

SIGNATURE: *J Reid*                        TITLE: _____

                                DATE: _____

Exhibit - D

At a Criminal Term, Part Miscellaneous of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse thereof, Borough of Brooklyn, City of New York, on the 1st day of March, 2006.

Present:

HONORABLE                              , J.S.C.

------------------------------------------------------------x

IN THE MATTER OF AN INVESTIGATION

         of

    TYRONE HOUSTON
    NYSID # 4779407Z

ORDER TO SHOW CAUSE
INDEX NUMBER: 6597 /2006

------------------------------------------------------------x

Upon the annexed affirmation of Assistant District Attorney Kimberly Sexton, dated February 17, 2006, Let TYRONE HOUSTON, the subject of the above-captioned investigation, show cause at Miscellaneous Motions Part of the Criminal Term of this court to be held at the Supreme Courthouse at 320 Jay Street, Brooklyn, New York, on the 9th day of March, 2006, at 9:30 a.m. of that day or as soon thereafter as counsel can be heard, why an Order should not be granted requiring TYRONE HOUSTON to participate in a double blind identification lineup regarding the above-captioned investigation and why such other and further relief deemed just and proper by this court should not be granted.

Sufficient reason appearing, let service of a copy of this order and the papers upon which it was granted, upon counsel to be assigned for TYRONE HOUSTON, on or before 5:00 P.M., on the 7th day of March, 2006, be deemed sufficient service.

E N T E R,

MICHAEL GARY

_____

JUSTICE OF THE SUPREME COURT

DATED:  Brooklyn, New York
        March      , 2006

SEAL OF THE SUPREME COURT
OF THE STATE OF NEW YORK

At a Term of the Supreme Court of the State of New York, held in and for the County of Kings, at 320 Jay Street, Brooklyn, New York, on the          day of March, 2006.

Present:

HONORABLE                    , J.S.C.

------------------------------------------------------------x

IN THE MATTER OF AN INVESTIGATION          :

           of          :          O R D E R

TYRONE HOUSTON          :          INDEX NUMBER:          /2006
NYSID # 4779407Z

------------------------------------------------------------x

It appearing from the attached affirmation of Assistant District Attorney Kimberly Sexton, dated February 17, 2006, and argument had thereon, that there is probable cause to believe that TYRONE HOUSTON is the perpetrator of the above-captioned offense and that his participation in a corporeal lineup identification procedure is necessary and material in this investigation, it is hereby

**ORDERED** that TYRONE HOUSTON participate in a double blind identification lineup regarding the above-captioned investigation, which shall be held at the Brooklyn Transit Robbery Squad, Brooklyn, New York, on the          day of March, 2006, or on any other date thereafter agreeable to the People and counsel for TYRONE HOUSTON. It is further

**ORDERED** that the Superintendent or Warden of the institution, AMKC, or whosoever shall have supervision and control of TYRONE HOUSTON, shall deliver the said TYRONE HOUSTON, into the custody of the Commissioner of Correction of the City of New York, and it is further

**ORDERED** that the Commissioner of Correction of the City of New York receive the said TYRONE HOUSTON, from the said Warden and thereafter it is further

**ORDERED** that the Warden of AMKC, or any City of New York correctional facility where TYRONE HOUSTON is lodged on the lineup date, or on any other date thereafter agreeable to the People and counsel, produce and turn over TYRONE HOUSTON to a representative of the District Attorney of Kings County or any officer of the New York City Police Department bearing this order, and that these persons be directed to keep the prisoner in safe and secure custody for the purpose of conducting the lineup. It is further

**ORDERED** that, if necessary, reasonable force may be used to compel TYRONE HOUSTON to take part in said lineup; that TYRONE HOUSTON must not alter or disguise his appearance in any way that would effect a change in his appearance from the time of the granting of this Order; that TYRONE HOUSTON may be required to speak at the lineup; to shave or trim his beard and/or trim or comb his hair; and to wear an article or articles of clothing, a wig, facial hair, or other appurtenance at the direction of a police officer or an Assistant District Attorney conducting the lineup. It is further

**ORDERED** that TYRONE HOUSTON be returned to the institution in which he is incarcerated as soon as he has appeared in the lineup and that he shall be kept in safe and secure custody until his return to that original place of commitment. It is further

**ORDERED** that _____, counsel for TYRONE HOUSTON, attend the lineup procedure to be held on the _____ day of March 2006, at the Brooklyn Transit Robbery Squad, Brooklyn, New York, or on any other date thereafter agreeable to the People and counsel for TYRONE HOUSTON.

E N T E R,

_____
JUSTICE OF THE SUPREME COURT

DATED: Brooklyn, New York
    March        , 2006

SEAL OF THE SUPREME COURT
OF THE STATE OF NEW YORK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------x
IN THE MATTER OF AN INVESTIGATION                            :

             of                                            :          AFFIRMATION IN SUPPORT
                                                            OF THE PEOPLE'S MOTION
     TYRONE HOUSTON                                          :          FOR A LINEUP ORDER
     NYSID # 4779407Z

                                            :
------------------------------------------------------------------x

       Kimberly Sexton, an attorney-at-law, duly licensed to practice before the courts of this State

affirms the following to be true under penalties of perjury.

      1.     I am an Assistant District Attorney in the Office of the Kings County District

Attorney. As such, I am fully familiar with the facts and circumstances of the above-captioned

investigation. I make this affirmation upon information and belief, the sources of which include

information in the records and files of this office and of the Police Department of the City of New

York.

      2.     An investigation is presently being conducted into the above-captioned offense. I

submit this affirmation in support of the People's motion for an order requiring TYRONE

HOUSTON to participate in a double blind identification.

      3.     Because TYRONE HOUSTON is presently incarcerated by the New York City

Department of Corrections at AMKC, a further Order of this court is needed to secure his presence

at the lineup.

      4.     The following facts establish probable cause to believe that TYRONE HOUSTON

committed Robbery and related charges on January 14, 2006 and January 24, 2006.

5.     On January 14, 2006, at approximately 8:15 a.m., at the Clinton Avenue & Washington Avenue Subway Station, County of Kings, State of New York, a perpetrator approached an individual, whose identity is known to the New York City Police Department and Kings County District Attorney's Office, displayed a knife and stated in sum and substance give me your wallet I have a knife I'll kill you and then removed the individual's property. The perpetrator then fled. An official complaint reporting this crime has been filed with the New York City Police Department.

On January 31, 2006, a witness of the above-mentioned crime viewed a number of photographs of people whose features and facial characteristics are similar to that of the perpetrator and selected the photograph of TYRONE HOUSTON as the above-described individual who committed the offense(s) described herein. The witness believes that they could positively identify the perpetrator of this crime if they are given the opportunity to view the individual in a line-up.

On January 24, 2006, at approximately 7:35 p.m., at the Fulton Street & Washington Avenue Subway, County of Kings, State of New York, a perpetrator approached an individual, whose identity is known to the New York City Police Department and the Kings County District Attorney's Office, grabbed the individual and displayed a knife and demanded in sum and substance that the individual hand over the individual's property. The perpetrator then fled. An official complaint reporting this crime has been filed with the New York City Police Department.

On January 28, 2006, the victim of the above-mentioned crime viewed a number of photographs of people whose features and facial characteristics are similar to that of the perpetrator and selected the photograph of TYRONE HOUSTON as the above-described individual who

committed the offense(s) described herein.  The victim believes that they could positively identify the perpetrator of this crime if they are given the opportunity to view the individual in a line-up.

6.    The foregoing information constitutes sufficient cause to compel TYRONE HOUSTON to participate in a lineup.

7.    To date, there has been no corporeal identification of TYRONE HOUSTON as the perpetrator of the above-described offense(s) by the above-mentioned victim.  Moreover, no prior application for the relief sought herein has been requested or granted.

WHEREFORE, it is respectfully requested that the motion be granted in its entirety.

Dated: Brooklyn, New York
      February 17, 2006

Kimberly Sexton
Assistant District Attorney
(718) 250-2187

Exhibit-E

141.06.0175D

Tyrone Houston

2006KN006559          000/0000    AC          1 TS
2006KN00000           06597/2006   CO          —Dis
00998 000 000         9599/0099    AC 00000     Void
2006KN 000 000        10881/2006   CO          1 CTD

GMDC, a/k/a C-73 Law Library Computer for
4/20/06.

" Exhibit - F "

Mr. Tyrone Houston
#141-06-01750
A.M.K.C.   C-95
18-18 Hazen Street
East Elmhurst, N.Y. 11370

Date:2/3/06

To: Mr. Raymond Kelly
    Commissioner of NYPD
    1 Police Plaza
    New York, N.Y. 10038
    Att'n: Civilian Complaint Board

Re: People v. Tyrone Houston, Docket#2006KN006559
FABRICATED BY Members of NYPD Transit Division#30 and #33

Dear Mr. Kelly:

I am the above named person, who was kidnapped and framed by New York City Police Officers, M. Toussaint,Shield#30127, His Partner, His Sergeant and Sergeant,Tax#903476, on 1/27/06, around 7:00 P.M.

On 2/2/06, the Kings County Criminal Court, after investigating my claims of Police Fabrication of false evidence, dismissed and sealed known false Penal Law§265.02(1) charges against me, by the above named Police Officers.

I ask that You check each and every New York City Police Station, mainly Brooklyn's and You will see that I have a "Old and 2004 Mug shot photo." This Police Officer, M. Toussaint, Shield#30127 Sergeant took three photos of me, and begin to place me in "15 illegal and suggestive lineups, which I was always cleared of, and fear that Police District#30(who was present at these 1/27/06 lineups) might seek retaliations, due to my lawsuit against them.

WHEREFORE, I request an investigation into these above officers misconduct by Your office to protect the rights of an innocence parolee.

I Thank You in advance.

I declare under the penalty of perjury
that the foregoing is true and correct.       Sincerely YOurs,
Executed on: February 3, 2006                 _Tyrone Houston_
             Bronx, New York

Mr. Tyrone Houston
#141-06-01750
A.M.K.C.  C-95
18-18 Hazen Street
East Elmhurst, N.Y. 11370

Date: 3/10/06

To: Mr. Raymond Kelly
    Commissioner of NYPD
    1 Police Plaza
    New York, N.Y. 10038
    Att'n:Chief of NYPD

Re: In the Matter an Investigation of TYRONE HOUSTON,-
NYSID#4779407Z Fabricated by Members of NYPD TRANSIT
ROBBERY SQUAD.

Dear Mr. Kelly:

I am the above named person, who was kidnapped by Police Officer,
M. Toussaint,Sheid#30127, Police Officer John Doe(M.Toussaint's partner
for 1/27/06), Sgt. John Doe(M.Toussaint's Sgt. for 1/27/06), and Sgt. John
Doe, Tax#903476, on 1/27/06, around 7:00 P.M.

The Kings County District Attorney's Office, on 2/02/06 dismissed the
weapon charges that were illegally pended on me, under Docket#2006KN006559
due to police fabrication and placing me in 15 illegal lineups without
Probable Cause to believe that I fits the description of a Male Black, 25-30
years of age, 5'6 tall, 150lbs, no facial hair or head hair, when I'm 41 years
of age, 6'0 feet tall, 225lbs, facial hair and bald headed. See Exhibit-
A(attached copy of 2/2/06 criminal court disposition).

Wherefore, I am requesting a State and City investigation against these
Police Officers mentioned above, because I'm innocence and should not be
retaliated against for my settled lawsuit against Police District#30, who
were present at the 1/27/06 lineups, and now claim that I was identified by
two robbery victims in their District#30 area, which Sgt. John Doe(M.Toussaint
Sgt. for 1/27/06) is behind. I Thank You in advance. This is my 2nd letter.

I declare under penalty of perjury
that the foregoing is true and correct.
Executed on: March 10, 2006

Sincerely Yours,
Tyrone Houston

Exhibit - G

**CONSOLIDATED OCCURRENCE REPORT**

**DETECTIVE BUREAU**
**TRANSIT ROBBERY SQUAD**

PAGE 0 OF 1

| DET. SQD | DATE/DAY OF ORIGINAL REPORT | TIME | PLACE OF OCCURRENCE AND TYPE OF PREMISE | CRIME / CONDITION |
|---|---|---|---|---|
| BTRS | 01/14/06 | 1030 | CLINTON & WASHINGTON AVE. 'C' LINE SUBWAY STATION. | ROBBERY 1 |

SUPPLEMENTAL: YES ☐ NO ☒

**APPARENT MOTIVE**
ROBBERY

**DETAILS** (COMPLETE AND CONCISE INCLUDE DESCRIPTION AND VALE OF ANY PROPERTY TAKEN)
ON SATURDAY, JAN. 14, 2006 AT APPROXIMATELY 0815HRS. THE COMPL. ALICE FINKELSTEIN WAS THE VICTIM OF A ROBBERY AT THE CLINTON & WASHINGTON 'C' LINE SUBWAY STATION. COMPL. STATED WHILE ATTEMPTING TO ENTER HIGHWHEEL SHE WAS APPROACHED BY PERP. M/B/30'S WITHIN THE MEZZ. AREA. THE PERP. DISPLAYED A LARGE KNIFE AND DEMANDED THE COMPL.'S PROPERTY. THE PERP. SEARCH THE COMPL'S PURSE AND REMOVED HER WALLET. THE PERP. REMOVED $40.00 U.S.C AND RETURNED THE WALLET TO COMPL. THE PERP. THEN FLED THE STATION TOWARDS STREET AREA.

C.O.D. #011426

D.B.B. #113

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| Occurred on Platform | ☐ | ☒ | Token Taken Booth | ☐ | ☒ |
| Occurred on Stairwell | ☐ | ☒ | Booth Open | ☐ | ☒ |
| Occurred on Train | ☐ | ☒ | Occurred on Mezzanine | ☒ | ☐ |
| Occurred near Turnstile | ☒ | ☐ | Weapon Used | ☒ | ☐ |
| | | | Shots Fired | ☐ | ☒ |
| | | | Patrol Post Assigned | ☐ | ☒ |
| | | | Fled into Street | ☒ | ☐ |
| | | | Fled into Tunnel | ☐ | ☒ |
| | | | Fled onto Train | ☐ | ☒ |
| | | | Video Available | ☒ | ☐ |

## COMPLAINANT(S)
SEX CRIME VICTIMS ARE NOT TO BE NAMED

| LAST NAME | FIRST NAME | M.I. | | LAST NAME | FIRST NAME | M.I. |
|---|---|---|---|---|---|---|
| FINKELSTEIN | ALICE | | | | | |

| ADDRESS | CITY/STATE | APT # | | ADDRESS | CITY/STATE | APT # |
|---|---|---|---|---|---|---|
| | | | | | | |

| SEX | RACE / ETHNICITY | AGE | D.O.B. | SEX | RACE / ETHNICITY | AGE | D.O.B. |
|---|---|---|---|---|---|---|---|
| FEMAL | WHITE | | | | | | |

| TYPE OF INJURY | HOSPITAL | CONDITION / PROGNOSIS | TYPE OF INJURY | HOSPITAL | CONDITION / PROGNOSIS |
|---|---|---|---|---|---|
| NONE | | | | | |

| NYSIS # | ACTIONS PRIOR TO INCIDENT | NYSIS # | ACTIONS PRIOR TO INCIDENT |
|---|---|---|---|
| UNK | STANDING BY HIGHWHHEL | | |

NUMBER OF PERPS: 1

## PERPETRATOR(S)

NUMBER OF PERPS ARRESTED: 0

| LAST NAME ARRESTED | FIRST NAME | M.I. | | LAST NAME ARRESTED | FIRST NAME | M.I. |
|---|---|---|---|---|---|---|
| UKN | UKN | | | | | |

| ADDRESS | CITY/STATE | APT # | | ADDRESS | CITY/STATE | APT # |
|---|---|---|---|---|---|---|
| UKN | UKN | | | | | |

| SEX | RACE / ETHNICITY | AGE | HEIGHT | WEIGHT | D.O.B. | SEX | RACE / ETHNICITY | AGE | HEIGHT | WEIGHT | D.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | BLACK | 30 | 6'00 | 130 | UKN | | | | | | |

| DESCRIPTION OF CLOTHING | DESCRIPTION OF CLOTHING |
|---|---|
| BL. JEANS, RUST JACK, EYEGLASSES | |

| NYSIS # | NICKNAME | ON PAROLE | WARRANT | NYSIS # | NICKNAME | ON PAROLE | WARRANT |
|---|---|---|---|---|---|---|---|
| | UKN | YES ☐ NO ☐ | YES ☐ NO ☐ | | | YES ☐ NO ☐ | YES ☐ NO ☐ |

| BRIEF CRIMINAL HISTORY | BRIEF CRIMINAL HISTORY |
|---|---|
| | |

| TRANSIT RECIV YES ☐ NO ☐ | TRANSIT RECIV YES ☐ NO ☐ |
|---|---|

| INJURIES | WEAPONS | INJURIES | WEAPONS |
|---|---|---|---|
| | | | |

| VEHICLE USED YES ☐ NO ☒ | MAKE | MODEL | COLOR | PLATE | VEHICLE USED YES ☐ NO ☐ | MAKE | MODEL | COLOR | PLATE |
|---|---|---|---|---|---|---|---|---|---|

| ARRESTING OFFICER | COMMAND | ARRESTING OFFICER | COMMAND |
|---|---|---|---|

**INITIAL INVESTIGATIVE STEPS TAKEN:** (CANVAS, INTERVIEWS COMPUTER / ALARM CHECKS PHOTOS, ETC)
INTERVIEWED COMPLAINANT / CANVASS STATION W/COMPLAINANT-NEGATIVE RESULTS / CAMERA CHECK-NEGATIVE / VICTIMOLOGY DONE-NEGATIVE RESULTS, COMPL. VIEWS PHOTOS-NEG. RESULTS.

## NOTIFICATIONS

| | NAME | PRESENT Y OR N | | | NAME | PRESENT Y OR N |
|---|---|---|---|---|---|---|
| CHIEF OF DETECTIVES | PO SANTIAG | C.O.D. Log # Y☐ N☒ | | MAJOR CASE | | Y☐ N☐ |
| DETECTIVE BOROUGH | DET. NIEVES | Y☐ N☒ | | H.C.T.F. | | Y☐ N☐ |
| DET. DUTY CAPTAIN | CPT. LONGO | Y☐ N☒ | | PCT RAM | | Y☐ N☐ |
| SQUAD SUPERVISOR | SGT. DUNCAN | Y☐ N☒ | | D.C.P.I | | Y☐ N☐ |
| BOROUGH ROBBERY SQD | | Y☐ N☐ | | OPERATIONS | | Y☐ N☐ |
| HOMICIDE SQUAD | | Y☐ N☐ | | GANG | | Y☐ N☐ |
| CRIME SCENE | | RUN# | | ECT | | Y☐ N☐ |
| A.D.A. | | RUN# | | OTHER | | |

| COMPLAINT # | PCT. / TD | CASE # | | CASE # | | SHIELD # | COMMAND |
|---|---|---|---|---|---|---|---|
| | 088 | 23 | DET ASSIGNED (LAST NAME, FIRST) DET. FUNES, ROBERTO | | | 2392 | BTRS |

| DATE OF THIS REPORT | SUPERVISOR SIGNATURE | COMMAND |
|---|---|---|
| 01/14/06 | BO-5 | BTRS |

01/14/06                    0911 hrs

Comp was present at TD-32 (Transportation div. police) who indicated harass w/ C/V waiting in any vehicle. The C/V stated that she was coming down the stairs at the C/V Washington D.C. line w/ her stair at approx 0830 when she heard a noise leaving the station. The C/V was at the high wheel when the Comp m/b/30, 6'00", dark built, bl. shirt, wearing eyeglasses, short bl. hair, blue jeans, rust color possibly leather jacket. Bolt from the platform at high wheel and not approached C/V: "And give me your wallet, I have a knife and I'll kill you". The perp produced a knife (leather brown handle, butterfly type). Concealing it in pocket. At this time C/V states perp went into her purse and search for her wallet removing it out and taking about $40.00. Perp returns wallet to C/V. Comp further that a m/6/30 Sergio Diaz ████████ (witness) the incident and are upstairs because he stated to long. after incident that she thought it was a boyfriend & girlfriend dispute.

Witness stated to P.O. Abbas sh# 1303 that the perp fled towards Washington to Lafayette.

S/V M_____: Finkelstein, Alice Grace  F/W ██ DOB ████████ "5'07" (Scar v/a ████████)
████████████████████████████
Cell ████████                    wt ████

:06 hrs. pictures 3191  m/f/50.39/ 79,88,84 pet  C/V view 79

:005. Reviewed 494 sheet. Match w/ case #21 Det. Steven Bedford testified to robbery w/ knife

:00 hrs. Apt tolerated W#1 ___ Interview of victim stated that she ____ going down the stairs when she observed the perp m/b/27-30, 6'00", 2.50 lbs, red glass built, red color ___ leather jacket ___ Witness

was walking his girlfriend to station and to Surge friend
ing. Told Wit, when they remove cash. Wit went upstairs
then Perspone upstairs and they push Wit and
stated to wit if you don't want none of this a dispute
knife by pulling shirt. Wit. 12/8/36 DOB. ████ 1400.
████████████████
███████

1/17/06 1749 hrs. out of white ponelle  Wit Message

1/17/06 1800 hrs. att. to contact ███ wit left Message

1/17/06 1810 hrs. witness Mr Dias contacted me

1/17/06 2007 hrs. Witness views line-ups of Arundel Robinson
DOB ████ Neg. Results

1/17/06 Wit views photos from photo manager 88, 89, 79, 90 pit.
55, 160, other Theft violations, weapons.

1/20/06 1418 hrs att. To contact C/o re: photo Neg.

1/24/06 1200 Att to contact C/V Re: Photo. Contacted Witness will view
photos ████████████████ Bet ████████ (crystal) ████

1/27/06 - C/v view line-up. Lyons Holmes Kirk

## "AFFIDAVIT OF SERVICE"

STATE OF NEW YORK )
COUNTY OF NEW YORK ) SS:

    I, TYRONE HOUSTON, being duly sworn deposes and says:

    That I have on this 14th day of July, 2006, placed and resubmitted the correct "Amended Civil Rights Complaint," correctin the Jurisdiction and Venue, and adding two more defendants and exhibits, of the within three(3) copies of all moving papers, to be duly mailed VIA the United States Postal Services, through the Institutional Mailroom at Manhattan Detention Center, 125 White Street, New York, N.Y. 10013, addressed to the following parties:

Pro Se Staff Attorney
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Respectfully Submitted

*Tyrone Houston*

TYRONE HOUSTON#141-06-01750
Manhattan Detention Center
125 White Street
New York, N.Y. 10013

I declare under the penalty of perjury
that the foregoing is true and correct.
Executed on: July 14, 2006
         New York, New York

Sworn to before me this
__14__ day of July, 20__06__

__MYSelf under Penalty of perjury__
Notary Public
    *Tyrone Houston*

Mr. Tyrone Houston #141-06-01750
Manhattan Detention Center
125 White Street
New York, N.Y. 10013

Date: 7/13/06

TO: Pro Se Staff Attorney
    U.S. District Court-EDNY
    225 Cadman Plaza East
    Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 22 2006 ★

BROOKLYN OFFICE

Re: Houston v. NYC Police, et al. # 06-CV-2094(RJO)(LB)
    "A Correct and Complete Amended Complaint with
    Exhibits-A thru G and Change of Address

Dear Pro Se Staff:

    I am the above named plaintiff and I write to
File the Correct Copy of my amended Complaint, and ask
the Court to reject the First two, due to errors on the
Jurisdiction and Venue.

    Please note my change of Address.
    I Thank You in advance

                                        Sincerely Yours,
                                        Tyrone Houston

Date: July 13, 2006
      New York, New York